# UNITED STATES DISTRICT COURT

|  **Eastern**  | District of |  **California**  |
|---|---|---|

WILLIE ROGERS,

**ORDER ON APPLICATION**
**TO PROCEED WITHOUT**
Plaintiff

**PREPAYMENT OF FEES**

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY      CASE NUMBER: 1:09-at-00968
Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ___11th___ day of _____December_____ , ___2009___ .

_____
/s/ Gary S. Austin
Signature of Judicial Officer

_____
Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer