UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE ROGERS, JR., | ) | 1:09-CV-02158-JLT |
| Plaintiff, | ) ) ) | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO REMAND (DOC. 13) |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On June 16, 2010, Defendant filed a Motion to Remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. (Doc. 13). Defendant's counsel states that he sought to stipulate to remand but Plaintiff's counsel has declined to do so.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have until Friday, July 9, 2010, to file a response to the Motion to Remand.

IT IS SO ORDERED.

Dated:  **June 17, 2010**                                     /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE